UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FRANKLIN HOELTZEL,

        Plaintiff,　　　　　　　　　　　　　　Case Number 19-12328
v.　　　　　　　　　　　　　　　　　　　　　Honorable David M. Lawson
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Kimberly G. Altman
MARGIE PILLSBURY, MAUREEN
BURKE, SERGEANT CONNERS,
DETECTIVE LUCAS, TOM CARGILL,
MARK WOROSZ, DETECTIVE PARVIZ,
and OFFICER CHALOGIANIS,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on February 4, 2021 by Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b) recommending that the Court grant the defendants' motions for summary judgment, deny the plaintiff's requests to stay the proceedings, and dismiss the complaint with prejudice. The Court previously granted the plaintiff's motion to extend the time for filing objections, but the extended deadline has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 52) is **ADOPTED**, the defendants' motions for summary judgment (ECF No. 27, 38) are **GRANTED**,

- 2 -

the plaintiff's motions to stay the proceedings (ECF No. 40, 41) are **DENIED**, and the case is **DISMISSED WITH PREJUDICE**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: March 30, 2021