UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FRANKLIN HOELTZEL,

    Plaintiff,

v.

MARGIE PILLSBURY, MAUREEN BURKE, CONNERS, LUCAS, TOM CARGILL, MARK WOROSZ, CHALOGIANIS, and LYNETTA SMITH,

    Defendants.
_____/

Case No. 2:19-cv-12328
District Judge David M. Lawson
Magistrate Judge Kimberly G. Altman

## ORDER GRANTING PLAINTIFF'S MOTIONS FOR ADDITIONAL TIME TO FILE A DISPOSITIVE MOTION (ECF Nos. 107, 116)

I.

This is a prisoner civil rights case under 42 U.S.C. § 1983. In broad terms, plaintiff Mark Hoeltzel (Hoeltzel), proceeding *pro se*, is suing members of the University of Michigan Police Department, claiming a violation of his Fourth Amendment rights during the execution of a search warrant at his home. *See* ECF No. 35. All pretrial matters have been referred to the undersigned. (ECF No. 93).

Before the Court are two motions in which Hoeltzel requests additional time to file a dispositive motion. (ECF Nos. 107, 116). In the second motion, Hoeltzel specifically requests an extension to April 26, 2024. (ECF No. 116). For the

1

reasons that follow, the motions will be GRANTED.

II.

It appears that delays in mailing have caused some confusion regarding the current deadlines in this case.

In support of his first motion, Hoeltzel states that dispositive motions are currently due in February 2024, and that there remain discovery issues as set forth in his motion to compel. Contrary to Hoeltzel's assertion, discovery currently closes on March 15, 2024, and dispositive motions are due by April 15, 2024. (ECF No. 104). Further, since filing the first motion, Hoeltzel has filed a motion to withdraw his motion to compel as moot, stating that defendants have now produced complete discovery responses. (ECF No. 115). Additionally, in his second motion Hoeltzel states that discovery has been completed. (ECF No. 116).

III.

Given that it appears Hoeltzel may not be aware of the current deadline for dispositive motions and the brief extension at issue here (April 15, 2024 to April 26, 2024), the Court finds good cause to GRANT Hoeltzel's motions. **The dispositive motion deadline for all parties is now April 26, 2024.**

SO ORDERED.

Dated: March 5, 2024  
Detroit, Michigan

s/Kimberly G. Altman  
KIMBERLY G. ALTMAN  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2024.

                                               s/Carolyn Ciesla
                                               CAROLYN CIESLA
                                               Case Manager